IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ALONZO HAMPTON
ADC # 137559                                                                                          PLAINTIFF

v.                                     No. 5:17-cv-149-DPM-JTR

KEONTIS M. WALKER, Correctional
Officer, Varner Unit, ADC;  PATRICIA
GOOLEY, Sergeant, Varner Unit/Varner
Supermax, ADC;  and KEITH WADDLE,
Disciplinary Hearing Officer, ADC                                                    DEFENDANTS

## ORDER

Partial recommendation, № 4, declined without prejudice.  The Court requests a supplemental recommendation addressing Hampton's claim that he was denied procedural due process because he wasn't permitted to present evidence at his disciplinary hearing.  *Wolff v. McDonnell*, 418 U.S. 539, 566 (1974).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

26 July 2017