IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ALONZO HAMPTON
ADC # 137559                                                                PLAINTIFF

v.                    No. 5:17-cv-149-DPM-JTR

KEONTIS M. WALKER, Correctional
Officer, Varner Unit, ADC; PATRICIA
GOOLEY, Sergeant, Varner Unit/Varner
Supermax, ADC; and KEITH WADDLE,
Disciplinary Hearing Officer, ADC                                          DEFENDANTS

## ORDER

Unopposed supplemental recommendation, № 8, appreciated and adopted. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Hampton's due process claims against Gooley and Waddle are dismissed without prejudice. His excessive force claim against Walker goes forward. An *in forma pauperis* appeal from this Order would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

15 September 2017