IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ALONZO HAMPTON                                              PLAINTIFF
ADC #137559

v.                        No. 5:17-cv-149-DPM-JTR

KEONTIS WALKER                                              DEFENDANT

## PROTECTIVE ORDER

Alonzo Hampton is an Arkansas Department of Correction inmate. His appointed lawyer has requested video surveillance footage of the incident at issue, as well as other materials that the ADC believes pose a security concern if provided to an inmate. Defendant Walker is willing to provide the video, as well as other requested information designated "confidential," subject to a protective order. The joint motion, № 41, is therefore granted.

Hampton's lawyer may have a copy of the video, which may be used only for purposes of this case. It may be disclosed only to the extent necessary for the trial of this case; and copies may be provided only to members of the defense team, staff, or experts retained for this litigation. Hampton's lawyer may use the video at trial subject to the Federal Rules of Evidence. At the close of the case, she will return all copies of the video to Walker's lawyer or confirm in writing that the all copies have been destroyed if provided electronically. If Walker

produces additional materials that he designates "confidential," then those materials will also be subject to the terms of this Order.

So Ordered.

*WPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

25 July 2019