## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

**ALONZO HAMPTON**                                    **PLAINTIFF**
**ADC #137559**

**v.**                          **No. 5:17-cv-149-DPM**

**KEONTIS WALKER**                                    **DEFENDANT**

### ORDER

Motion to continue, № 43, granted for good cause. The jury trial is continued to 24 February 2020. An amended final scheduling order will issue. Given the age of this case, no further continuances will be granted.

So Ordered.

D.P. Marshall Jr.
United States District Judge

6 August 2019