IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ALONZO HAMPTON                                               PLAINTIFF
ADC #137559

v.                        No. 5:17-cv-149-DPM

KEONTIS WALKER                                               DEFENDANT

ORDER

This case is first out for trial on Monday, 24 February 2020. The Court will hold a pretrial at 10:30 a.m. on Friday, 14 February 2020. We'll discuss pending motions and trial architecture.

**1. Pretrial Motions.** The Court notes the parties' motions *in limine*, № 45 & № 47, and Hampton's motion for deposition and to compel discovery, № 48. The Court grants Hampton permission to file confidential exhibits under seal. № 48 at 18 & № 49 at 6–7. And the Court would appreciate an expedited response to Hampton's most recent motion, № 48, by 10 February 2020. The Court reserves ruling on most of these issues until the February 14th pretrial.

The Court grants the slice of Hampton's motion *in limine* about his attire at trial. № 45 at 4–5. Though the jury will know that Hampton was an inmate at the time of the events at issue, his current status as an inmate is not relevant. He should therefore be permitted to appear in civilian clothes. As for shackles, the Court will consult with the U.S.

Marshal, the ADC guards, and counsel at the pretrial and then decide whether shackles are needed during trial. When suitable, though, the Court's preference is to have the Arkansas Department of Correction send the appropriate "stun" belt for use at trial instead of shackles.

**2. Jury Instructions.** The Court is working on a set of draft instructions that it will circulate before trial. If either party wants to request case-specific instructions, then it should submit them to chambers by 12 February 2020.

**3. Exhibits, Witnesses, and Pretrial Disclosures.** The parties must file their Local Rule 26.2 pretrial disclosures by 12 February 2020. They must submit their lists of potential witnesses and exhibits by close of business on 19 February 2020. Please use the Court's forms for both exhibit and witness lists. A set of original exhibits and a courtesy copy in three-ring binders should be submitted to chambers by February 19th, too. If the parties plan to use electronic exhibits, they should have paper copies available as a fall-back.

So Ordered.

*/s/ DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

5 February 2020