# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

ALONZO HAMPTON                                                              PLAINTIFF
ADC #137559

v.                              No. 5:17-cv-149-DPM

KEONTIS WALKER                                                              DEFENDANT

## ORDER

1. The Court withdraws the reference.

2. Motion to dismiss, № 55, granted. Hampton's claims against Walker will be dismissed with prejudice. The 24 February 2020 trial is cancelled.

3. The Court needs a clarification before entering judgment: Hampton's claims against Gooley and Waddle were previously dismissed without prejudice. № 9. Does the parties' request to dismiss this case with prejudice extend to those claims, or just to Hampton's claims against Walker? Joint report due by 19 February 2020.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

12 February 2020