# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

ALONZO HAMPTON                                                    PLAINTIFF
ADC #137559

v.                        No. 5:17-cv-149-DPM

KEONTIS M. WALKER, Correctional
Officer, Varner Unit, ADC; PATRACIA
GOOLEY, Sergeant, Varner Unit/Varner
Supermax, ADC; and KEITH WADDLE,
Disciplinary Hearing Officer, ADC                                DEFENDANTS

## JUDGMENT

Hampton's complaint is dismissed with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

18 February 2020